### 6479.   LEWIS PUBLISHING CO. *v.* JOHNSON.

WADE, J. Under the answer of the magistrate (to which no exceptions were filed), it does not affirmatively appear that the contract sued upon was ever tendered or admitted in evidence; and the judge of the superior court did not err in overruling the certiorari. *Taft Co.* v. *Smith,* 112 *Ga.* 196 (37 S. E. 424); *Landrum* v. *Moss,* 1 *Ga. App.* 216 (57 S. E. 965).          *Judgment affirmed.*

DECIDED DECEMBER 3, 1915.

Complaint; from city court of Hazlehurst—Judge Grant. March 20, 1915.

*J. Mark Wilcox, P. L. Smith,* for plaintiff.

*Bennett & Swain,* for defendant.